**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-1187**

───────────

NATALYA TAMARA HAMPEL; JOSEPH HAMPEL,

                                   Plaintiffs - Appellants,

    versus

UNITED STATES OF AMERICA; FEDERAL BUREAU OF
INVESTIGATION,

                                   Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-01-124-JFM)

───────────

Submitted:  May 31, 2001           Decided:  June 6, 2001

───────────

Before WILKINS, TRAXLER, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Natalya Tamara Hampel, Joseph Hampel, Appellants Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Natalya Tamara Hampel and Joseph Hampel appeal the district court's order summarily dismissing their complaint alleging that defendants acted under color of federal law to deprive the Hampels of their constitutional rights. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Hampel v. United States</u>, No. CA-01-124-JFM (D. Md. Jan. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2